# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24-CR-00153 |
| v. | (Chief Judge Brann) |
| RYAN EDWARD MILLS, | |
| Defendant. | |

## ORDER

### DECEMBER 17, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Ryan Edward Mills' motion to suppress evidence (Doc. 26) is **DENIED.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge